LAW OFFICE OF
# JESSE M. SIEGEL

(Tel) 212-207-9009  
(Fax) 212-732-1339

299 Broadway, Suite 800  
New York, New York 10007

JesseMSiegel@aol.com

February 16, 2021

Hon. J. Paul Oetken, District Judge  
United States District Court for the  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

Re: *United States v. Estevez, et al (Daniel Gonzalez)*, S1 18 Cr. 669 (JPO).

Dear Judge Oetken:

As counsel to Daniel Gonzalez, I request that sentencing, currently scheduled for February 19, 2021, be adjourned about one month, to a date convenient for the Court on or about March 19th (but not March 16th). I have spoken with A.U.S.A. Jacob Warren, who consents to this request on behalf of the government.

The adjournment requested will hopefully be to a time in which it is safe to travel to court and appear in person. It will also allow additional time to prepare and submit a sentencing memorandum for Mr. Gonzalez.

Thank you for your attention to this application.

Very truly yours,

/s  
Jesse M. Siegel

Granted.  
The February 19, 2021 sentencing is hereby adjourned to March 23, 2021 at 4:30pm.  
So ordered:  
   2/16/2021

_____  
J. PAUL OETKEN  
United States District Judge