```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    18CR669-13 (JPO)
     -against-                       :    ORDER
                                     :
Daniel Gonzalez,                     :
         Defendant                   :
                                     :
-------------------------------------X
```

J. Paul Oetken United States District Judge:

It is hereby ORDERED that the conditions of supervised release of releasee DANIEL GONZALEZ ███████████████ are modified to include Ninety (90) days of RRC placement.

Dated: New York, New York
November 22, 2021

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge