LAW OFFICE OF
**JESSE M. SIEGEL**

(Tel) 212-207-9009    299 Broadway, Suite 800
(Fax) 212-619-6742    New York, New York 10007                         JesseMSiegel@aol.com

December 13, 2021

**BY ECF**

Hon. J. Paul Oetken, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Daniel Gonzalez*, S1 18 Cr. 669 (JPO) (VOSR).

Dear Judge Oetken:

I am counsel to Daniel Gonzalez. After consulting with A.U.S.A. Mathew Andrews, U.S.P.O. Lisa Faro and U.S.P.O. Alicia Black, I request that the conference scheduled for December 15th at noon be adjourned to a date convenient for the Court in June 2022. Mr. Gonzalez entered a halfway house on December 3rd, and is supposed to remain there for 90 days, or until the beginning of March 2022. The parties agree that it makes sense to return to court about 90 days after he gets out of the halfway house, which will allow time to evaluate the progress he has made.

Thank you for your attention to this application.

Very truly yours,

/s
Jesse M. Siegel

> Granted.
> The hearing on the violation of supervised release is hereby adjourned to June 15, 2022, at 3:00pm.
>   So ordered.
>   12/13/2021

_____
J. PAUL OETKEN
United States District Judge