

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2022

**BY Email**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
New York, New York 10007

Re:   *United States v. Daniel Gonzalez*, 18 Cr. 669 (JPO)

Dear Judge Oetken:

The Government, defense counsel, and Probation jointly request that the Court dismiss the specifications currently pending against Daniel Gonzalez. Probation reports that Gonzalez is responding well to the changes in his supervised release and is now in compliance. As such, the parties agree that the status conference currently scheduled for December 19, 2022 at 11am is no longer necessary, and jointly request that the Court adjourn the conference pending the Court's dismissal of the specifications. Probation can provide a detailed letter to the Court discussing Gonzalez' improved compliance if it would be helpful to the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Mathew Andrews
Assistant United States Attorney
Southern District of New York
(212) 637-6526

---

Granted.
The specifications against Mr. Gonzalez are hereby dismissed.  The December 19, 2022 conference is adjourned.
  So ordered.
  12/16/2022

_____
J. PAUL OETKEN
United States District Judge